UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KHRISTINE RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:11-CV-1535-AGF/NAB |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Nannette A. Baker to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b).  On August 14, 2012, Magistrate Judge Baker filed her recommendation that the Court deny Plaintiff's request for reversal of the decision of the Commissioner denying benefits.  Neither party has filed an objection to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge finding that substantial evidence on the record as a whole supports the Commissioner's decision that Plaintiff is not disabled.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein. (Doc. No. 20.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED.**

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2012.